IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and JESSIE D. PAYNE,<br><br>Plaintiffs,<br><br>vs.<br><br>JESSIE L. FULLER, KIMBERLY FULLER, EDWARD R. VALENCIA, an individual, HARMS FARM TRUCKING, INC., NATIONAL AMERICAN INSURANCE COMPANY,  BRYAN HEALTH, NEUROLOGY ASSOCIATES, P.C., SYLVIA M. BURWELL, Secretary of the United States Department of Health and Human Services, and EDWARD R. VALENCIA, Personal Representative of the Estate of Deyanne J. Valencia,<br><br>Defendants. | 8:15CV416<br><br>MEMORANDUM AND ORDER |

This matter is before the court on defendants' Motion for Remand, Filing No. 16, to the District Court of Thayer County. This case concerns a car accident that occurred in Thayer County, Nebraska in 2013. The case was removed from the District Court of Thayer County, Nebraska by interpleader defendant Sylvia M. Burwell, in her official capacity as Secretary of the United States Department of Health and Human Services ("the Secretary"), with jurisdiction premised on 28 U.S.C. § 1442. *See* Filing No. 1, Notice of Removal. The Secretary filed a subsequent Disclaimer, Filing No. 15, in which the Secretary renounced, "for purposes of this action only, any interest in the funds described in Plaintiffs' Complaint in Interpleader." *Id.* Plaintiffs offer no objection to remand. *See* Filing No. 17, Brief in Response to Defendants' Motion for Remand.

Pursuant to 28 U.S.C. § 1367, the court, in its discretion, declines to exercise supplemental jurisdiction over the remaining claims. Having carefully reviewed the filings in this matter, the court grants defendants' motion for remand.

THEREFORE, IT IS ORDERED THAT:

1.  Defendants' motion to remand, Filing No. 16, is granted.

2.  The case is remanded to the District Court of Thayer County, for the State of Nebraska. The clerk's office is directed to mail a certified copy of this memorandum and order of remand to the clerk of the State court.


Dated this 11th day of April, 2016

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon
                                        Senior United States District Judge